# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 99-11249

_____

**CHESTER COX, JR.; D. CLARK; PAULINE CLARK;**
**STEVE MURPHY; ROBYN MURPHY; ET AL.,**

**Plaintiffs - Appellants,**

**versus**

**CITY OF WICHITA FALLS, TEXAS, a Texas Incorporated**
**Municipality; UNITED STATES OF AMERICA; UNITED STATES**
**DEPARTMENT OF DEFENSE; WILLIAM PERRY,**
**in his Official Capacity as Secretary of the Department of Defense;**
**U.S. DEPARTMENT OF THE AIR FORCE; F. WHITTEN PETERS,**
**in her Official Capacity as Secretary of the Department**
**of the Air Force; SHEPPARD AIR FORCE BASE;**
**MICHAEL ZETTLER, General, in his Official Capacity**
**as Base Commander of Sheppard Air Force Base,**

**Defendants - Appellees.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(7:96-CV-145)**
_____

**April 9, 2001**

Before GARWOOD, HALL,[1] and BARKSDALE, Circuit Judges.

_____

[1]Circuit Judge of the Ninth Circuit, sitting by designation.

PER CURIAM:[2]

**AFFIRMED.** See 5TH Cir. R. 47.6.

---

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.